IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Judge Robert W. Schroeder III

| | |
|---|---|
| UNILOC USA INC., et al § | |
| § | |
| V.  § | CIVIL NO. 6:16cv463 |
| § | |
| MEDICAL INFORMATION TECH., § | |
| INC., d/b/a MEDITECH § | |

MINUTES FOR MOTION HEARING
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
JANUARY 24, 2017

OPEN: 10:07 am                                                                 ADJOURN: 12:18 pm

ATTORNEY FOR PLAINTIFFS:       See Attorney Sign In Sheet

ATTORNEY FOR DEFENDANTS:  See Attorney Sign In Sheet

LAW CLERK:                David Mlaver

COURTROOM DEPUTY:         Betty Schroeder

COURT REPORTER:           Theresa Sawyer

| | |
|---|---|
| 10:07 am | Case called, parties announced ready, Court welcomes parties; Court and parties discuss order of motions to be argued |
| 10:10 am | Mr. Peter Chassman argues OptumInsight, Inc.'s Emergency Motion to Dedesignation Under Protective Order (dkt. #85) |
| 10:15 am | Mr. Ryan Loveless responds |
| 10:18 am | Court questions Mr. Loveless; Mr. Loveless responds |
| 10:21 am | Court questions Mr. Loveless; Mr. Loveless responds |
| 10:26 am | Mr. Chassman replies |

| | |
|---|---|
| 10:30 am | Court will review and have an Order out by the end of the week |
| 10:31 am | Mr. Chassman argues OptumInsight, Inc.'s Motion to Dismiss (dkt. #16 - 6:16cv468) |
| 10:38 am | Mr. Loveless responds |
| 10:48 am | Mr. Chassman replies |
| 10:50 am | Mr. Nick Kahlon argues defendants Motions to Dismiss Under 35 U.S.C. § 101 (dkt. #101 in lead and various other ones in consolidated cases) |
| 11:25 am | Mr. Brett Mangrum responds |
| 11:37 am | Court questions Mr. Mangrum; Mr. Mangrum responds |
| 12:09 pm | Mr. Kahlon replies |
| 12:15 pm | Mr. Mangrum responds |
| 12:17 pm | Mr. Kahlon replies |
| 12:18 pm | Recess |