**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| UNILOC USA, INC. AND UNILOC LUXEMBOURG S.A., <br><br>      Plaintiffs, <br><br> v. <br><br> MEDICAL INFORMATION TECHNOLOGY, INC. D/B/A MEDITECH <br><br>      Defendant. | Civil Action No. 6:16-cv-00463-RWS <br> **LEAD CASE** |
| UNILOC USA, INC. AND UNILOC LUXEMBOURG S.A., <br><br>      Plaintiffs, <br><br> v. <br><br> OPTUMINSIGHT, INC. and PICIS, INC. N/K/A PICIS CLINICAL SOLUTIONS, INC. <br><br>      Defendants. | Civil Action No.  6:16-cv-00468-RWS |

**ORDER ON DEFENDANTS PICIS, INC. N/K/A PICIS CLINICAL SOLUTIONS, INC.'S AND OPTUMINSIGHT, INC.'S UNOPPOSED JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL AS TO DEFENDANT PICIS, INC. N/K/A PICIS CLINICAL SOLUTIONS, INC.**

The Court has considered Defendants Picis, Inc. n/k/a Picis Clinical Solutions, Inc.'s and

OptumInsight, Inc.'s Unopposed Joint Motion to Withdraw and Substitute Counsel as to

Defendant, Picis, Inc., n/k/a Picis Clinical Solutions, Inc. in both the Lead Case No. 6:16-cv-

00463-RWS and the underlying Member Case No. 6:16-cv-00468-RWS.  The Court finds the

motion well founded and, accordingly Grants the motion.  Accordingly, IT IS HEREBY

ORDERED that Pete J. Chassman be withdrawn as attorney for Picis, Inc., n/k/a Picis Clinical Solutions on both the Lead Case No. 6:16-cv-00463, and the underlying Member Case No. 6:16-cv-00463-RWS and substituted with Attorneys Michael Albert, Hunter Keeton, and Sean Rommel as counsel for Picis, Inc. n/k/a Picis Clinical Solutions Inc. on both the Lead Case No. 6:16-cv-00463, and in the underlying Member Case No. 6:16-cv-00463-RWS.  Mr. Chassman shall remain lead counsel for defendant, OptumInsight, Inc.

**SIGNED this 8th day of February, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE