# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A. | § § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| MEDICAL INFORMATION TECHNOLOGY, INC. d/b/a/ MEDITECH | § § § | CIVIL ACTION NO. 6:16-CV-463 (LEAD) |
| PICIS, INC. | § § | 6:16-CV-465 |
| QUADRAMED CORP. | § § | 6:16-CV-466 |
| N. HARRIS COMPUTER CORP. | § § | 6:16-CV-467 |
| OPTUMINSIGHT, INC. and OPTUM CLINICAL SOLUTIONS, INC. | § § § | 6:16-CV-468 |
| NETSMART TECHNOLOGIES, INC. | § § | 6:16-CV-470 |
| PRACTICE FUSION, INC. | § § | 6:16-CV-471 |
| AMAZING CHARTS, LLC | § § § | 6:16-CV-472 |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's March 30, 2017 Memorandum Opinion and Order (Docket No. 161) holding invalid under 35 U.S.C. § 101 all claims asserted by Uniloc in this action, it is

**ORDERED, ADJUDGED and DECREED** that all claims asserted by Uniloc against Defendants are **DISMISSED WITH PREJUDICE.**

All costs and fees are to be born by the party that incurred them.

All relief not previously granted is hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**SIGNED this 15th day of May, 2017.**

                                                    ROBERT W. SCHROEDER III
                                                    UNITED STATES DISTRICT JUDGE